NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASIA PACIFIC MICROSYSTEMS, INC.,
*Appellant,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

HEWLETT-PACKARD COMPANY AND HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.,

*Intervenors.*

---

2012-1225

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-723.

---

## ON MOTION

---

Before SCHALL, *Circuit Judge.*

## ORDER

Asia Pacific Microsystems, Inc. ("APM") moves for an extension of time to file its corrected brief out of time and for leave to file a notarized affidavit out of time. The International Trade Commission (ITC), Hewlett-Packard Company and Hewlett-Packard Development Company, L.P. (Hewlett-Packard) oppose. APM responds. ITC and Hewlett-Packard move without opposition for an extension of time to file their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) APM's motion for an extension of time to file a corrected brief is granted to the extent that APM's corrected brief is due 30 days from the date of this order. No further extensions will be granted.

(2) APM's motion for leave to file a notarized affidavit is denied.

(3) ITC and Hewlett-Packard's motion for extension of time is granted to the extent that their briefs are due 40 days after APM's corrected brief is filed.

FOR THE COURT

**NOV 0 2 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Steven D. Ling, Esq.
     Panyin A. Hughes, Esq.
     Ahmed J. Davis, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 2 2012

JAN HORBALY
CLERK